IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES EDWARD TURNER,

    Petitioner,                    No. CIV S-03-2323 LKK PAN P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,

    Respondents.             ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. Respondents have filed a statement of non-opposition to the request. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: July 17, 2006.

UNITED STATES MAGISTRATE JUDGE

12
turn2323.159